# United States District Court
# For The Western District of North Carolina
# Statesville Division

HARRY RAMONE BAPTISTE,

    Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                CASE NO. 5:02CV28-2-V

UNITED STATES OF AMERICA,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 16, 2006, Order.

                                         Signed: March 16, 2006

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court